**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:22-cv-00160-RJC**

| | |
|---|---|
| **TAMMY THOMASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )  **ORDER** |
| | ) |
| **COMMISSIONER OF SOCIAL** | ) |
| **SECURITY,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand (Doc. No. 17). The Defendant asks the Court to remand this case under sentence four of 42 U.S.C. § 405(g). The Plaintiff consents to the Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Remand (Doc. No. 17) is **GRANTED**. This case is **REMANDED** to the Commissioner for further administrative proceedings.

**IT IS FUTHER ORDERED** that the Plaintiff's Motion for Summary Judgment (Doc. No. 12) is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: April 13, 2023

Robert J. Conrad, Jr.
United States District Judge